UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JAMES A. BRUNO and KATHLEEN M. BRUNO,

                Plaintiffs,

-against-

NIAGARA MOHAWK POWER CORPORATION,
LG CONSTRUCTORS, INC., TDT REALTY CORP.,
CORELLIS HOLDING CORP., and THOMAS A. CORELLIS

                Defendants,

**STIPULATION OF DISMISSAL**
Civil Action No.
5:09-CV-01308 (GTS/DEP)

---

LG CONSTRUCTORS, INC.,

                Third-Party Plaintiff,

-against-

MICHELS POWER, A DIVISION OF MICHELS
CORPORATION and MICHELS CORPORATION,

                Third-Party Defendants.

---

    **IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action and any and all claims, crossclaims and counterclaims, are hereby dismissed as against THOMAS A. CORELLIS, individually, with

prejudice, without costs to any party. This stipulation may be filed electronically without further notice.

| | |
|---|---|
| Dated: August 7, 2011<br><br>POWERS & SANTOLA, LLP<br><br>By: _____<br>DANIEL R. SANTOLA<br>Bar Roll No. 505852<br>*Attorneys for Plaintiffs*<br>39 North Pearl Street<br>Albany, New York 12207<br>Phone: (518) 465-5995 | Dated: ~~August~~ Sept. 12, 2011<br><br>O'CONNOR, O'CONNOR,<br>BRESEE & FIRST, P.C.<br><br>By: _____<br>MARGARET E. DUNHAM<br>Bar Roll No. 516650<br>*Attorneys for Defendant*<br>*Thomas A. Corellis*<br>20 Corporate Woods Blvd.<br>Albany, New York 12211<br>Phone: (518) 465-0400 |
| Dated: August 12, 2011<br><br>HISCOCK & BARCLAY<br><br>By: _____<br>KEVIN P. GLASHEEN<br>Bar Roll No. 501633<br>*Attorneys for Defendant*<br>*Niagara Mohawk Power Corporation*<br>50 Beaver Street<br>Albany, New York 12207<br>Phone: (518) 429-4200 | Dated: ~~August~~ September 8, 2011<br><br>LAW OFFICE OF THERESA J. PULEO<br><br>By: _____<br>MURRY S. BROWER<br>Bar Roll No. 101231<br>*Attorneys for Defendants*<br>*TDT Realty Corp. and Corellis Holding Corp.*<br>900 Watervliet-Shaker Rd. Suite 210<br>Albany, New York 12205<br>Phone: (518) 862-7300 |
| Dated: August 29, 2011<br><br>CERUSSI & SPRING<br><br>By: _____<br>THOMAS F. CERUSSI<br>Bar Roll No. 516096<br>*Attorneys for Defendant/Third-Party Plaintiff*<br>*LG Constructors, Inc.*<br>One North Lexington Ave.<br>White Plains, New York 10601<br>Phone: (914) 948-1200 | Dated: ~~August~~ September 1, 2011<br><br>NICOLETTI, GONSON, SPINNER<br>& OWEN, LLP<br><br>By: _____<br>KEVIN PINTER<br>Bar Roll No. 516224<br>*Attorneys for Third-Party Defendants*<br>*Michels Power, a Division of Michels Corporation*<br>*and Michels Corporation*<br>555 5th Avenue, 8th Floor<br>New York, New York 10017<br>Phone: (212) 730-7750 |

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

Dated:  September 13, 2011