UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Docket No. 5:09 CV 1308
JAMES A. BRUNO and KATHLEEN M. BRUNO         (GTS/DEP)

                    Plaintiffs,

      -against-                                          STIPULATION OF
                                                                WITHDRAWAL OF
                                                                COMMON LAW CLAIMS

NIAGARA MOHAWK POWER CORPORATION,
LG CONSTRUCTORS, INC., T D T REALTY
CORP.,CORELLIS HOLDING CORP. and
THOMAS A. CORELLIS
                            Defendants.
------------------------------------------------------------X
LG CONSTRUCTORS, INC.,

                    Third-Party Plaintiff,

      -against-

MICHELS POWER, A DIVISION OF MICHELS
CORPORATION and MICHELS CORPORATION,

                  Third-Party Defendants.
------------------------------------------------------------X

     **IT IS HEREBY STIPULATED AND AGREED,** by counsel for Defendant NIAGARA MOHAWK POWER CORPORATION ("NIAGARA") and Third-Party Defendants MICHELS POWER, A DIVISION OF MICHELS CORPORATION and MICHELS CORPORATION ("MICHELS") that NIAGARA's cross-claims seeking common law indemnity and contribution from MICHELS are hereby withdrawn, with prejudice, without costs to either party as against the other.

_Kevin P. Glasheen_ (signature)
Kevin P. Glasheen, Esq.

_Kevin F. Pinter_ (signature)
Kevin F. Pinter, Esq.

| | |
|---|---|
| Hiscock & Barclay, LLP<br>Attorneys for Defendant<br>NIAGARA MOHAWK<br>POWER COPANY<br>80 State Street<br>Albany, NY 122207<br>(518) 429-4278 | Bar Roll No.: 516224<br>Nicoletti Gonson Spinner & Owen LLP<br>Attorneys for Third-Party Defendants<br>MICHELS POWER, A DIVISION OF MICHELS<br>CORPORATION AND MICHELS<br>CORPORATION<br>555 Fifth Avenue, 8th Floor<br>New York, New York 10017<br>(212) 730-7750<br>Our File No.: 80187.00006 |

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

Dated:   January 23, 2012