```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   Docket No. 5:09 CV 1308
JAMES A. BRUNO and KATHLEEN M. BRUNO            (GTS/DEP)

                              Plaintiffs,

              -against-                          STIPULATION OF
                                                 WITHDRAWAL
                                                 OF CAUSE OF ACTION

NIAGARA MOHAWK POWER CORPORATION,
LG CONSTRUCTORS, INC., T D T REALTY
CORP., CORELLIS HOLDING CORP. and
THOMAS A. CORELLIS
                              Defendants.
-----------------------------------------------------------X
LG CONSTRUCTORS, INC.,

                              Third-Party Plaintiff,

              -against-

MICHELS POWER, A DIVISION OF MICHELS
CORPORATION and MICHELS CORPORATION,

                              Third-Party Defendants.
-----------------------------------------------------------X
```

**IT IS HEREBY STIPULATED AND AGREED**, by counsel for Defendant/Third-Party Plaintiff LG CONSTRUCTORS, INC. ("LG") and Third-Party Defendants MICHELS POWER, A DIVISION OF MICHELS CORPORATION and MICHELS CORPORATION ("MICHELS") that LG's second cause of action seeking common law indemnity and contribution from MICHELS is hereby withdrawn, with prejudice. The remaining causes of action in LG's Third-Party Summons and Complaint are not affected by this stipulation.

_____  _____
Thomas F. Cerussi, Esq.  Kevin F. Pinter, Esq.
Cerussi & Spring, P.C.  Bar Roll No.: 516224
Attorneys for Defendant/  Nicoletti Gonson Spinner & Owen LLP
Third-Party Plaintiff  Attorneys for Third-Party Defendants
LG Constructors, Inc.  Michels Power, A Division of Michels
One North Lexington Avenue  Corporation and Michels Corporation
White Plains, New York 10601-1700  555 Fifth Avenue, 8th Floor
(914) 948-1200  New York, New York 10017
 (212) 730-7750
 Our File No.: 80187.00006

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

Dated:   1/24/12